NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1251

LAZARE KAPLAN INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

PHOTOSCRIBE TECHNOLOGIES, INC.
and DAVID BENDERLY,

Defendants-Appellees,

and

GEMOLOGICAL INSTITUTE OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in 06-CV-4005, Senior Judge Thomas P. Griesa.

ON MOTION

## O R D E R

Lazare Kaplan International, Inc. moves to substitute Cynthia Lopez Beverage as its principal counsel, replacing Beth S. Brinkmann.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

APR 22 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 22 2009

JAN HORBALY
CLERK

cc:    Beth S. Brinkmann, Esq.
        Cynthia Lopez Beverage, Esq.
        Ira J. Schaefer, Esq.
        John Allcock, Esq.

s17